**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT BEAVERS,** | ) | **CASE NO. 1:18 CV 352** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| **SHIMA LIMOUSINE SERVS., INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

The Court has reviewed a copy of the parties' unexecuted settlement agreement and finds the agreement fair and reasonable. Accordingly, this case is dismissed with prejudice. The Court retains jurisdiction for the sole purpose of ensuring that the settlement agreement is executed.

**IT IS SO ORDERED.**

                                                                */s/ Dan A. Polster     March 16, 2018*
                                                                 **Dan Aaron Polster**
                                                                 **United States District Judge**